FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## UNITED STATES DISTRICT COURT

### for the

Central District of California

_____ Division

2023 AUG 16 PM 12: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY___EEE_____

Case No. SA23cV- 01523- TJ+|(ssc)

_(to be filled in by the Clerk's Office)_

Rashyn R. Reynolds

_____

_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

Department of Children & Family Services & etc.

_____

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

Jury Trial: _(check one)_ ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

\

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          Rashyn R. Reynolds
Address       P.O. Box 2364
              Pasadena          CA          91102
                      *City*        *State*      *Zip Code*
County        Los Angeles
Telephone Number   626-409-1503
E-Mail Address    Reynoldsrashyn@gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name              Department of Children & Family Services
Job or Title *(if known)*
Address           425 Shatto Place
                  Los Angeles          CA          90020
                      *(City)*          *State*      *Zip Code*
County            Los Angeles
Telephone Number  1800-340-4000
E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

Name              Optimist Boys Home & Ranch
Job or Title *(if known)*
Address           6957 N. Figueroa St
                  Los Angeles          CA          90042
                      *(City)*          *State*      *Zip Code*
County            Los Angeles
Telephone Number  323-443-3175
E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name      Olive Crest

Job or Title *(if known)*

Address      2130 9. Fourth Street Ste. 200
         Santa Ana    CA    92705
         *City*      *State*      *Zip Code*

County      Orange

Telephone Number    714-543-5437

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name      Northeast Valley Health Corporation

Job or Title *(if known)*

Address      1172 N. Maclay Ave
         San Fernando    CA    91340
         *City*      *State*      *Zip Code*

County      Los Angeles

Telephone Number    818-432-4400

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

*[Handwritten left margin, rotated:]* Defendant-5 Name. Community Health Alliance of Pasadena 455 W. Montana Street Pasadena, CA 91103 Los Angeles County ☑ Official Capacity 626-993-1214

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☑ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title VI of the Civil rights Act 1964, A Family Preservations Act, A Family First Prevention Act, ~~4th Amendment~~, ~~American RR Disability Act~~, 18 U.S.C. 242, 42 U.S.C. 1983, Americans with Disabilit Act 14th Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Title VI of the Civil rights Act 1964, 42 U.S.C. § 233, 14th Amendment

3

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.



Family First Preservation Act, Crown Act-
Pre Department of Children & Family services
Crown ACT - Optimist Boys Homes Ranch

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

SEE ATTACHMENTS OF CLAIMS

B.   What date and approximate time did the events giving rise to your claim(s) occur?

May 19, 2020 - Current

SEE ATTACHMENTS OF CLAIMS

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHMENTS OF CLAIMS

4

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHMENTS OF EACH CLAIM.

Infliction of Emotional Distress In excess!

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

No more than the federal limit In excess!

5

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8 / 16 / 2023

Signature of Plaintiff

Printed Name of Plaintiff     Rashyn R. Reynolds

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |

Telephone Number
E-mail Address

Name: Rashyn R. Reynolds

Address: P.O. Box 2364

Pasadena, CA 91102

Phone: 626-489-1503

Fax:

In Pro Per

R.R.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rashyn R. Reynolds

CASE NUMBER:

Plaintiff

To be supplied by the Clerk of
The United States District Court

Department of Children
& Family Service ; etc.

Defendant(s).

This claim is about the wrongful removal of a minor child from their mother's care. The unilateral arrangments and misconduct of all named Defendants. The psychological abuse and aggression undue duress and unneccary hardship the mother had to endure through the oppressive treatment and discrimination in the form of differential treatment by all the named defendants. Mothers infliction of emotional distress is directly caused by the excessive violations, breach of duty of care and gross negligence committed by

1 all the defendants involved in the wrongful
2 removal of the minor child from the
3 mother's care.

5              STATEMENT OF CLAIM
6             AGAINST DEPARTMENT OF
7          CHILDREN & FAMILY SERVICES
8                    # I

9 5/19/2020 - DCFS removed minor child from mother's
10 care for an alleged event that did not involve
11 mother or minor child, due to alleged mental
12 health of father of minor. Minor child was
13 placed into foster care without asking if there was
14 any family or friends minor could temporarily be
15 placed with. Minor child was placed 72 miles away from
16 home.

17 5/27/2020 - Children's Court dismissed most of the
18 false claims that led to the wrongful removal of
19 minor child. Court ordered minor child to be returned
20 to mother as long as father no longe resided in home.
21 DCFS refused to return minor child during home
22 inspection and proof provided of father no longer
23 residing in home. DCFS told mother child will stay
24 in foster care for at least 1 year. Minor child
25 remained in foster care for almost 2 years, even
26 after mother continually complied with all court
27 orders that were subject to change when DCFS
28 chose to do so.

8/2020 - Violated court order by changing minors school / withdrawing minor from school without authorization (mother held educational / Developmental rights to minor child).

a/2020 - Violated court order by removing all of minor childs hair. Minor child had never received a hair cut, minor was only receive a "hair trim" & so Mother could continue braiding hair.

12/2020 - Refusing to involve mother in any medical appointments or decisions. Proceeding court hearings without notifying mother or mother's counsel to seek a grant on an elective surgery procedures on minor child and scheduling elective surgeries without mothers authorization, consent or knowledge.

1/2021 - Minor child was placed in a 2nd Foster Home instead of being returned to mother. Court ordered case plan on 7/2/2020 of unmonitored visitations with the minimum of 8 hrs per week, DCFS had discretion to liberalize or return minor child to mother.

1/2/21 - DCFS violated court order by changing visitations from 8 to 6 hrs a week.

2/23/21 - DCFS violates courts orders and starts to monitor visitations with minor child & mother

3/16/21- DCFS files a petition to revert to monitored visitations due to witnessing mother and minor child taking public transportation with people suffering from mental health conditions. Court granted monitored visitations of a minumum of 8 hrs per week with the Departments discretion to liberalize and or return minor to mother. Mother continued to only receive 6 hrs monitored per week.

1/12/2021, 1/15/2021, 4/21/2021 - Violated medical rights of mother to minor child by over vaccinating minor child with vaccinations minor had already received and mother had provided proof of once in a lifetime injected vaccinations to the Department. In 2016 and 2020. Chap care over vaccinated minor.

- minor child prescribed different eye prescriptions from Chap care optometrist without first asking or involving mother of minor with minor childs current eye prescription.

6/2021- Minor child placed in 3rd Foster Care instead of being returned to mother without reason

12/2/21 - Minor child is vaccinated for the 6th time with the same once in a lifetime vaccination at Newhall Health Center with authorization or consent of mother, the medical holder to minor child.

10

1  ~~January 2022~~ — M RR.

2  2017- Minor child was placed in Foster Care for 24 hrs
3  while father dealt with a medical situation. DCFS
4  returned minor child to father in the Streets due to
5  having no home without access to Food.

6

7  January 2022 - March 15, 2022 - The Department required
8  mother to have a whole new room with new furniture,
9  write reports about mental health, go from monitored
10 visitations to unmonitored visitation, to over night  minor
11 visitations, to over night visitations returning with  child w/
12 hair braided, extended over nights to finally being
13 returned to home and mother fully due to minor
14 child's current Foster Care Caregivers relocating to
15 Northern California, not because the Department
16 choose to excercise their discretion and return
17 minor on their own.

18

19 March 15, 2022 to current - Minor child is still having
20 extreme difficulties after being away from mother
21 and home. The once very close relationship is now
22 very strained and fractured. Minor child has outburst
23 almost every day, screaming and crying for hours,
24 screaming profanities at mother, expressing rage &
25 hate towards mother telling mother to die and hopes
26 mother dies, throwing things ~~at~~ at mother, hitting
27 mother. Displaying unhealthy relationships with
28 food, over protective of personal items, asking

11

1  strangers to adopt him. Showing signs of unhealthy
2  friendships and anger towards woman and most
3  girls.
4
5  Mother has tried to make appointments for therapy
6  however, minor child will intentionally sabatoge sessions
7  so that's not an option. Minor child only respectful
8  to male adults but show extreme hate towards own
9  father. Unable to take minor to Doctor's appointments
10 without a battle, or ask minor child to take showers
11 do hair, go on walks, eat food without excessive
12 problem.
13
14 All the issues mother and minor child having difficulties
15 with were NEVER an issue until minor was removed
16 from mother's care and left in Foster Care for almost 2
17 years'. Mother and minor were very close, minor
18 child rarley had outburst, loved going to hospitals
19 (we would often stay when there was no avaliable shelter)
20 had healthy adjustments to change and was a very
21 happy loved child! The wrongful removal of a
22 child from their mother has lasting effects that
23 may not be reversed and could have been
24 easily avoided had the department took any
25 steps to try to keep the family together, but
26 those steps never took place nor were provided.
27 The damage is heartbreaking and unbarrable,
28 and not getting better.

# STATEMENT OF CLAIM AGAINST
# OPTIMIST BOYS' HOME AND RANCH #II

Minor child was placed with the Foster Care "Optimist Boys' Home i Ranch" by the Department from 5/19/2020-1/2021. OBHR requested a haircut from mother of minor child while under their care. Mother quickly declined, communicating the want to continue braiding minor's hair during visitations. Minor Child is black, white i Korean with long curly brown and hed hair that mother had braided each week for the past 6 years to keep healthy, reflect heritage and culture.

This was how mother and minor bonded, and mother wanted to continue their tradition regardless of the difficult circumstances.

OBHR did not want mother to braid hair during visitation (there was easy opportunity to execute braiding hair without disrupting the caregiver), requested a court order for a hair cut. Childrens court refined the request to a "hair trim". Defendant ignored the order and shaved minor childs completley bald injuring minor's head.

The longer minor child stayed in Foster Care the harder he had identifying to his own culture and heritage. Often trying to reflect hair styles

that minor child could never have. As his hair grew out, the only option was to braid or shave hair off. It took alot of conversations and gifts before minor child allowed mother to start rebraiding hair. Minor has still not gain the same confidence once had, but minor does allow mother to braid hair.

## STATEMENT OF CLAIM AGAINST OLIVE CREST #III

Minor child's 2nd and 3rd Foster Care placements from January 2021 - March 2022 were with Olive Crest Family Caregivers.

On 1/12/2021, 1/15/2021 & 4/21/21 at ChapCare in Pasadena, Ca Olive Crest Caregivers took minor child to medical facility and proceeded to allow unauthorized medical treatment and vaccinations that minor child had already received to be given to minor child without notifying or obtaining consent from mother, who again, holds medical rights to minor child.

On July 2022 - DCFS caseworker and DCFS supervisor instructed Olive Crest employee that no medical treatment or medication could be given or performed

14

on minor child without consent of mother due to the ongoing investigation from the previous unauthorized vaccinations given to minor child.

On 12/2/2022 at Newhall Health Center while being placed in the 3rd Olive Crest Foster Care Home, caregiver took minor child to medical facility for the same vaccinations minor child had now received for the 3rd time, vaccination only meant to be given once in a lifetime. Caregivers ignored DCFS employees instructions not to provide medical treatment or medicine without mothers consent. Minor child had a total of 6 unneccary vaccinations given without authorization or ability to consent to medical treatment for minor child.

STATEMENT OF CLAIM AGAINST ~~NEWHALL~~ NORTHEAST VALLEY RR. ~~HEALTH CENTER~~

#IV

COMMUNITY HEALTH ALLIANCE OF PASADENA

On 1/12/2021, 1/15/202 ; 4/21/21 - Community health Alliance of Pasadena (Chapcare) provided unauthorized medical treatment and vaccinations to mothers minor child. Chapcare inputs immunizations

15

given to minor children on CAIR (California
Immunization Registry) which provides families
and providers with up to date immunizations
on minor children. Minor childs immunizations
were avaliable for medical facility to see and
not proceed with over vaccinating minor with
vaccines minor had already received. Chapcare
ignored the up to date immunizations on 3 different
occassions but updated CAIR with immunization
given without authorization of the medical holder
the mother of the minor child.

STATEMENT OF CLAIM AGAINST
NORTHEAST VALLEY HEALTH CENTER
# V

On 12/2/2022 at Newhall Health Center
medical facility performed unauthorized medical
treatment by giving minor child his 6th
vaccinations that minor child had previous
received. Newhall health also has access to
CAIR where minor childs up to date vaccinations,
over vaccinated information was made avaliable
so minor wouldn't be unneccesarily injected for
the 6th time. Newhall saw and ignored up to date
vaccinations for child and up dated CAIR with
their unauthorized medical treatment of vaccines.

16

# Table of Contents

1 Cover complaint For Civil Rights    pg. 1
2
3 Plaintiff / Defendants    pg. 2
4 Defendants / Basis for Jurisdiction    pg. 3
5
6 Basis for Jurisdiction/ Statement of Claim    pg. 4
7 Injuries / Relief    pg. 5
8 Certification of Closing /Signature    pg. 6
9
10 Statement of Claim    pg. 7
11 Statement of Claim Against Department of    pg. 8
12 Children & Family Services
13 DCFS Statement of Claim    pg. 9
14 DCFS Statement of Claim    pg. 10
15 DCFS Statement of Claim    pg. 11
16 DCFS Statement of Claim    pg. 12
17
18 Statement of Claim Against Optimist    pg. 13
19 Boys Home & Ranch
20 Statement of Claim Against Olive    pg. 14
21 Crest w/cont. OBHR
22 Statement of Claim Against A    pg. 15
23 Community Health Alliance of Pasadena
24 w/conti. Olive Crest
25
26 Statement of Claim Against    pg. 16
27 Northeast Valley Health Center
28