UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHYN R. REYNOLDS,<br><br>                 Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al.,<br><br>                Defendants. | Case No. 8:23-cv-01523-TJH-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

      IT IS ORDERED that judgment be entered dismissing this action without prejudice for Plaintiff's failure to prosecute and comply with court orders.

DATED: February 10, 2025

                                              _____
                                              HONORABLE TERRY J. HATTER JR.
                                              UNITED STATES DISTRICT JUDGE