1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

RASHYN R. REYNOLDS,

     Plaintiff,

    v.

DEPARTMENT OF CHILDREN

AND FAMILY SERVICES, et al.,

     Defendants.

Case No. 8:23-cv-01523-TJH-SSC

**JUDGMENT**

17
18
19
20
21

  Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Plaintiff's failure to prosecute and comply with court orders.

22
23
24
25
26
27
28

DATED:  February 10, 2025

_____

HONORABLE TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE